# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FELICIA SHELLS BLANKENSHIP, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OKLAHOMA DHS, ) <br> ) <br> Defendant. ) | Case No. CIV-23-230-J |

## **JUDGMENT**

In accordance with the Court's Order entered on this date, this action is dismissed for lack of subject matter jurisdiction.

ENTERED this 12th day of January, 2024.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE